IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 DEC 30 P 2: 50

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:05CR312-W |
| | ) | (18 U.S.C. 641) |
| UPPASORN T CRAWFORD | ) | |
| | ) | |
| | ) | INFORMATION |
| | ) | |

The United States Attorney charges:

COUNT

On or about the 13th day of November 2005, at the Army Air Force Exchange Service (AAFES), at Maxwell Air Force Base, in the Middle District of Alabama, **UPPASORN T CRAWFORD** did steal merchandise of a value of less than one thousand dollars ($1,000.00), the property of the United States, in violation of Title 18, Section 641, United States Code.

LEURA CANARY
United States Attorney

*/s/ Kent Brunson*
KENT BRUNSON
Assistant United States Attorney

*/s/ Neal B. Frazier*
NEAL B. FRAZIER
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, AL 36112-6334
Telephone: 334-953-2786/2789
Fax: 334-953-2787

STATE OF AMERICA            )
                            )           **AFFIDAVIT**
COUNTY OF MONTGOMERY        )
                            )

The undersigned, being first duly sworn, deposes and says:

    I, ROBERT G. SMITH, am employed by the Army Air Force Exchange (AAFES) at Maxwell Air Force Base as a store detective. On or about 13 November 2005, via closed circuit video monitors, I observed UPPASORN T CRAWFORD pick up a box from a display in the BX. CRAWFORD took the makeup pencil out of the box, and, with the pen still in her hand, put the box back in the display. CRAWFORD put the pen in her purse. CRAWFORD shopped some more before going through checkout with her husband. CRAWFORD did not pay for the pen when she went through checkout. CRAWFORD left the store. I detained CRAWFORD in the lobby area and escorted her back to the manager's office. Security Forces responded. The box missing its pen was recovered from the display. The pen was found in CRAWFORD's purse. The pen is a Lancome Precision Liner Brush valued at $17.25.

_____
ROBERT G. SMITH

Subscribed and sworn to before me this 13th day of December, 2005.

_____
AUDREY F. GRIFFIN
Notary Public
State of Alabama

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 19, 2009
BONDED THRU NOTARY PUBLIC UNDERWRITERS