| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2006 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:46 - 10:50 |

√ **ARRAIGNMENT**  ❑ **CHANGE OF PLEA**  ❑ **CONSENT PLEA**
❑ **RULE 44(c) HEARING**  ❑ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Rus Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:05cr312-W  **DEFENDANT NAME:** Uppasorn T. Crawford
**AUSA:** Neal Frazier  **DEFENDANT ATTORNEY:** Christine Freeman

Type counsel ( )Waived; ( )Retained; ( )CJA; (√)FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? (√)NO; ( )YES  Name:

---

√ This is defendant's **FIRST APPEARANCE.**
❑ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
❑ ORAL ORDER appointing Federal Public Defender. Notice of Appearance to be filed.
❑ **WAIVER OF INDICTMENT** executed and filed.
❑ **INFORMATION** filed.
❑ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**  √ Not Guilty
  ❑ Guilty as to:
    ❑ Count(s):
    ❑ Count(s):     ❑ dismissed on oral motion of USA
            ❑ to be dismissed at sentencing
❑ Written plea agreement filed  ❑ **ORDERED SEALED**
❑ ORAL ORDER Accepting Guilty Plea and Adjudicating Defendant Guilty as to Count
√ MISDEMEANOR CRIMINAL TERM:  5/15/06   ❑ WAIVER OF SPEEDY TRIAL filed.
    DISCOVERY DISCLOSURE DATE:  3/7/06
❑ **ORDER:** Defendant continued under ❑ same bond; ❑ summons; for:
    ❑ Trial on _____; ❑ Sentencing on _____
❑ **ORDER:** Defendant remanded to custody of U. S. Marshal for:
    ❑ Trial on _____; or ❑ Sentencing on _____
❑ Rule 44 Hearing:  ❑ Waiver of Conflict of Interest Form executed
        ❑ Defendant requests time to secure new counsel