IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **V.** ) | CR. No.: 2:05cr312-SRW |
| ) | |
| **UPPASORN T. CRAWFORD** ) | |

**NOTICE OF APPEARANCE**

**COMES NOW** the undersigned counsel, Kevin L. Butler, and enters his appearance on behalf of Defendant, **UPPASORN T. CRAWFORD**, in the above-styled case.

Dated this 10th day of March 2006.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR. No.: 2:05cr312-SRW |
| | ) | |
| UPPASORN T. CRAWFORD | ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Neal B. Frazier, Esquire
Speical Assitant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, Alabama 36112

      Respectfully submitted,

      s/ Kevin L. Butler
      KEVIN L. BUTLER
      First Assistant Federal Defender
      201 Monroe Street, Suite 407
      Montgomery, Alabama 36104
      Phone: (334) 834-2099
      Fax: (334) 834-0353
      E-mail: kevin_butler@fd.org
      AZ Bar Code: 014138