IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.  ) | CR. No.: 2:05cr312-SRW |
| ) | |
| UPPASORN T. CRAWFORD ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

NOW COMES the Defendant, Uppasorn T. Crawford, by and through undersigned counsel, Kevin L. Butler, and respectfully moves this Court to continue the trial of this action from the present trial date of May 15, 2006, until a later date to allow for the consideration of pretrial diversion in this matter. In support of this Motion, defendant would show:

1. Undersigned counsel has requested Pretrial Diversion for Defendant.

2. The government is evaluating the Pretrial Diversion request.

3. It is not anticipated that the government's evaluation of this request will be completed on or before the trial date.

4. Special Assistant United States Attorney, Neal Frazier, does not oppose a continuance of this matter as it is necessary for an adequate review of the diversion request by the government.

5. Ms. Crawford's waiver of speedy trial is attached to this motion.

6. Neither the government nor Ms. Crawford will be prejudiced by a continuance of this matter.

WHEREFORE, Defendant prays that this Unopposed Motion to Continue Trial be granted.

Respectfully submitted,


s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:05cr312-SRW |
| ) | |
| UPPASORN T. CRAWFORD ) | |

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Neal B. Frazier, Esquire
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, Alabama 36112

    Respectfully submitted,
    s/ Kevin L. Butler
    KEVIN L. BUTLER
    First Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail: kevin_butler@fd.org
    AZ Bar Code: 014138