IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CR. No.: 2:05cr312-SRW |
| ) | |
| UPPASORN T. CRAWFORD ) | |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

NOW COMES the Defendant, Uppasorn T. Crawford, by and through undersigned counsel, Kevin L. Butler, and respectfully moves this Court to continue the trial of this action from the present trial date of July 17, 2006, until a later date to allow for the consideration of pretrial diversion in this matter. In support of this Motion, defendant would show:

1. The United States Attorneys Office has approved Ms. Crawford for pretrial diversion. Additionally, USPO Ron Thweatt has recommended Ms. Crawford be placed in the diversion program.

2. This case is currently referred to the United States Probation Office for completion of the pretrial diversion "work up". Once the work up is completed, the government will file its Motion to Dismiss the Indictment.

3. Because prosecution will be deferred/diverted, pursuant to the agreement upon the final work up, it is in the interest of justice to continue trial in this matter so as to allow the parties more time to finalize Ms. Crawford's diversion agreement. 18 U.S.C. §§ 3161(h)(2) and 3161(h)(8)(B)(I).

4. Special Assistant United States Attorney, Neal Frazier, does not oppose a continuance of this matter.

WHEREFORE, Defendant prays that this Unopposed Motion to Continue Trial be granted.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| V. | )   CR. No.: 2:05cr312-SRW |
| | ) |
| **UPPASORN T. CRAWFORD** | ) |

**CERTIFICATE OF SERVICE**

     I hereby certify that on July 10, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Neal B. Frazier, Esquire
Special Assistant United States Attorney
HQ AU/JA
50 LeMay Plaza South
Maxwell AFB, Alabama 36112

               Respectfully submitted,

               s/ Kevin L. Butler
               KEVIN L. BUTLER
               First Assistant Federal Defender
               201 Monroe Street, Suite 407
               Montgomery, Alabama 36104
               Phone: (334) 834-2099
               Fax: (334) 834-0353
               E-mail: kevin_butler@fd.org
               AZ Bar Code: 014138